United States Bankruptcy Court
District of Hawaii

In re   Lupicia Pacific, Inc.                                       Case No.
                                                  Debtor(s)         Chapter    7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Masashi Endo**, declare under penalty of perjury that I am the **President** of **Lupicia Pacific, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation by unanimous written consent of directors executed on March 1, 2022:

"Whereas, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Further Resolved, that **Masashi Endo, President** of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Masashi Endo, President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Masashi Endo, President** of this Corporation, is authorized and directed to employ **Donald L. Spafford, Jr.**, attorney at law, and the law firm of **Law Office of Donald L. Spafford, Jr.** to represent the Corporation in such bankruptcy case."

Date    06/22/2022                            Signed    _____
                                                                 Masashi Endo

# WRITTEN CONSENT OF DIRECTORS AND SHAREHOLDERS
# OF LUPICIA PACIFIC, INC.
# AUTHORIZING FILING OF BANKRUPTCY PETITION

By this Unanimous Written Consent of Directors and Shareholders in lieu of meetings of the Board of Directors and Shareholders of LUPICIA PACFIC, INC. (hereinafter the "Corporation"), the directors and shareholders unanimously adopt the following resolutions:

Whereas, it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Further Resolved, MASASHI ENDO, President of the Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that MASASHI ENDO, President of the Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts, and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that MASASHI ENDO, President of the Corporation, is authorized and directed to employ Donald L. Spafford, Jr., attorney at law, and the law firm of Law Office of Donald L. Spafford, Jr. to represent the Corporation in such bankruptcy case.

-1-

Each director and shareholder approves this unanimous written consent of directors and shareholders.

Dated: March 1, 2022.

_____
Hiroki Mizuguchi
Director and Shareholder

_____
Masaki Mizuguchi
Shareholder

_____
Masashi Endo
Director and Shareholder

Lupicia Holdings Co., Ltd.

By _____
Hiroki Mizuguchi
Its President
Shareholder

-2-